# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFFREY MORRIS,**

      **Plaintiff,**

**v.**                          **Case No:   6:14-cv-161-Orl-31GJK**

**AMAZON PROCESSING, LLC,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION TO SET ASIDE   (Doc. No. 12)**
>
> **FILED:**   **April 22, 2014**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The default at Doc. 11 is VACATED.

Pursuant to Fed. R. Civ. P. 41(a), it is hereby **ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on May 12, 2014.

*/s/ Gregory A. Presnell*
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties